IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 14 C 8064 |
| ARMATO PAVING, INC., ) | |
| an Illinois corporation, ) | JUDGE THOMAS M. DURKIN |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, ARMATO PAVING, INC., an Illinois corporation, in the total amount of $45,221.98, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,611.25.

On December 10, 2014, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Tom Armato, the corporation's President) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on December 31, 2014. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Laura M. Finnegan

<u>**CERTIFICATE OF SERVICE**</u>

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>14th</u> day of <u>January 2015</u>:

        Mr. Dean Armato, Registered Agent
        Armato Paving, Inc.
        19800 Glenwood Road
        Chicago Heights, IL   60411

        /s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\731exc\Armato Paving\#25671\motion.lmf.df.wpd